# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CYRUS MOFRAD,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC., A CORPORATION,<br><br>    Defendant. | Case No. 4:23-cv-01899-AMO<br><br>**[PROPOSED]** ORDER<br><br>Assigned to Hon. Araceli Martínez-Olguín<br>Courtroom 5<br><br>Complaint Filed:      March 21, 2023 |

6002836.1

Case No. 4:23-cv-01899-AMO

[PROPOSED] ORDER

[~~PROPOSED~~] **ORDER**

Having considered the Parties' Joint Stipulation Accepting Defendant's Filings (Dkts. 181, 182, 183) In Response to Plaintiff's Amended Motion for Attorneys' Fees as Timely, and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The stipulation is GRANTED.

2. Defendant's Opposition to Plaintiff's Amended Motion for Attorneys' Fees, Request for Judicial Notice, and all supporting declarations, exhibits, and related papers (Dkts. 181, 182, 183) are deemed timely filed and served, and will be considered on the merits.

DATED: July __7__, 2026

_____
Hon. Araceli Martínez-Olguín
United States District Judge